# EXHIBIT 12

## MDL Statistics Report - Distribution of Pending MDL Dockets by District (as of May 1, 2025)

| United States Judicial Panel on Multidistrict Litigation | | | | | Report Date: 5/1/2025 |
|---|---|---|---|---|---|

## MDL Statistics Report - Distribution of Pending MDL Dockets by District

**MDL Filters:**
**Status:** Transferred
Limited to **Active Litigations**

| District | Judge (Title) | Docket No. | Litigation | Actions Now Pending | Total Actions (Historical) |
|---|---|---|---|---|---|
| ALN | R. David Proctor (Chief Judge, USDC) | MDL -2406 | IN RE: Blue Cross Blue Shield Antitrust Litigation | 12 | 89 |
| AZ | David G. Campbell (Sr. District Judge) | MDL -3081 | IN RE: Bard Implanted Port Catheter Products Liability Litigation | 1,410 | 1,475 |
| CAC | James V. Selna (Sr. District Judge) | MDL -2151 | IN RE: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation | 8 | 466 |
| | Andre Birotte, Jr (U.S. District Judge) | MDL -2814 | IN RE: Ford Motor Co. DPS6 PowerShift Transmission Products Liability Litigation | 169 | 1,299 |
| | John A. Kronstadt (Sr. District Judge) | MDL -2905 | IN RE: ZF-TRW Airbag Control Units Products Liability Litigation | 27 | 27 |
| | James V. Selna (Sr. District Judge) | MDL -3052 | IN RE: Kia Hyundai Vehicle Theft Marketing, Sales Practices, and Products Liability Litigation | 109 | 109 |
| | George H. Wu (Sr. District Judge) | MDL -3144 | IN RE: TikTok, Inc., Minor Privacy Litigation | 19 | 19 |
| CAN | Jon S. Tigar (U.S. District Judge) | MDL -1917 | IN RE: Cathode Ray Tube (CRT) Antitrust Litigation | 54 | 75 |
| | Charles R. Breyer (Sr. District Judge) | MDL -2672 | IN RE: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation | 130 | 1,888 |
| | Vince Chhabria (U.S. District Judge) | MDL -2741 | IN RE: Roundup Products Liability Litigation | 4,432 | 5,076 |
| | Edward M. Chen (Sr. District Judge) | MDL -2777 | IN RE: Chrysler-Dodge-Jeep EcoDiesel Marketing, Sales Practices and Products Liability Litigation | 0 | 52 |
| | Vince Chhabria (U.S. District Judge) | MDL -2843 | IN RE: Facebook, Inc., Consumer Privacy User Profile Litigation | 42 | 50 |
| | William H. Orrick, III (U.S. District Judge) | MDL -2913 | IN RE: Juul Labs, Inc., Marketing, Sales Practices, and Products Liability Litigation | 67 | 7,069 |
| | Maxine M. Chesney (Sr. District Judge) | MDL -2918 | IN RE: Hard Disk Drive Suspension Assemblies Antitrust Litigation | 31 | 36 |
| | Haywood S. Gilliam, Jr (U.S. District Judge) | MDL -2951 | IN RE: StubHub Refund Litigation | 6 | 6 |
| | Richard Seeborg (Chief Judge, USDC) | MDL -2966 | IN RE: Xyrem (Sodium Oxybate) Antitrust Litigation | 13 | 13 |
| | James Donato (U.S. District Judge) | MDL -2981 | IN RE: Google Play Store Antitrust Litigation | 14 | 21 |
| | Edward J. Davila (U.S. District Judge) | MDL -2985 | IN RE: Apple Inc. App Store Simulated Casino-Style Games Litigation | 11 | 11 |
| | Charles R. Breyer (Sr. District Judge) | MDL -2996 | IN RE: McKinsey & Company, Inc., National Prescription Opiate Consultant Litigation | 251 | 259 |
| | Edward J. Davila (U.S. District Judge) | MDL -3001 | IN RE: Google Play Store Simulated Casino-Style Games Litigation | 11 | 12 |
| | Yvonne Gonzalez Rogers (U.S. District Judge) | MDL -3047 | IN RE: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation | 1,787 | 1,937 |
| | Charles R. Breyer (Sr. District Judge) | MDL -3084 | IN RE: Uber Technologies, Inc., Passenger Sexual Assault Litigation | 2,062 | 2,075 |
| | Beth Labson Freeman (U.S. District Judge) | MDL -3087 | IN RE: Future Motion, Inc. Products Liability Litigation | 106 | 109 |
| | Edward M. Chen (Sr. District Judge) | MDL -3098 | IN RE: 23andMe, Inc., Customer Data Security Breach Litigation | 40 | 40 |
| | Jacqueline Scott Corley (U.S. District Judge) | MDL -3101 | IN RE: Baby Food Products Liability Litigation | 156 | 156 |
| CAS | Dana M. Sabraw (U.S. District Judge) | MDL -2670 | IN RE: Packaged Seafood Products Antitrust Litigation | 11 | 84 |
| | Gonzalo P. Curiel (Sr. District Judge) | MDL -2992 | IN RE: Bank of America California Unemployment Benefits Litigation | 31 | 43 |
| | Jinsook Ohta (U.S. District Judge) | MDL -3125 | IN RE: AngioDynamics, Inc., and Navilyst Medical, Inc., Port Catheter Products Liability Litigation | 152 | 152 |
| | Roger T. Benitez (Sr. District Judge) | MDL -3149 | IN RE: PowerSchool Holdings, Inc., and PowerSchool Group, LLC Customer Data Security Breach Litigation | 56 | 56 |
| DC | Beryl A. Howell (Chief Judge, USDC) | MDL -1869 | IN RE: Rail Freight Fuel Surcharge Antitrust Litigation | 6 | 24 |
| | Emmet G. Sullivan (Sr. District Judge) | MDL -2165 | IN RE: Endangered Species Act Section 4 Deadline Litigation | 3 | 40 |
| | Colleen Kollar-Kotelly (U.S. District Judge) | MDL -2656 | IN RE: Domestic Airline Travel Antitrust Litigation | 105 | 111 |
| | Beryl A. Howell (Chief Judge, USDC) | MDL -2925 | IN RE: Rail Freight Fuel Surcharge Antitrust Litigation (No. II) | 108 | 112 |
| DE | Joshua D. Wolson (U.S. District Judge) | MDL -2358 | IN RE: Google Inc. Cookie Placement Consumer Privacy Litigation | 26 | 26 |
| | Colm F. Connolly (Chief Judge, USDC) | MDL -2895 | IN RE: Sensipar (Cinacalcet Hydrochloride Tablets) Antitrust Litigation | 4 | 6 |
| | Richard G. Andrews (U.S. District Judge) | MDL -2930 | IN RE: Entresto (Sacubitril/Valsartan) Patent Litigation | 4 | 28 |
| | Richard G. Andrews (U.S. District Judge) | MDL -3017 | IN RE: Xarelto (Rivaroxaban) ('310) Patent Litigation | 14 | 26 |
| | Colm F. Connolly (Chief Judge, USDC) | MDL -3038 | IN RE: Ozempic (Semaglutide) Patent Litigation | 4 | 10 |
| FLM | Roy B. Dalton, Jr (Sr. District Judge) | MDL -3006 | IN RE: Tasigna (Nilotinib) Products Liability Litigation | 36 | 39 |
| FLN | M. Casey Rodgers (U.S. District Judge) | MDL -2885 | IN RE: 3M Combat Arms Earplug Products Liability Litigation | 41 | 391,222 |
| | M. Casey Rodgers (U.S. District Judge) | MDL -3140 | IN RE: Depo-Provera (Depot Medroxyprogesterone Acetate) Products Liability Litigation | 289 | 291 |

| District | Judge | MDL | Case | Actions | Total |
|---|---|---|---|---|---|
| FLS | Roy K. Altman (U.S. District Judge) | MDL -1916 | IN RE: Chiquita Brands International, Inc., Alien Tort Statute and Shareholders Derivative Litigation | 5 | 31 |
| | Federico A. Moreno (Sr. District Judge) | MDL -2599 | IN RE: Takata Airbag Products Liability Litigation | 78 | 350 |
| | K. Michael Moore (U.S. District Judge) | MDL -2832 | IN RE: Liquid Toppings Dispensing System ('447) Patent Litigation | 15 | 15 |
| | Darrin P. Gayles (U.S. District Judge) | MDL -2841 | IN RE: MONAT Hair Care Products Marketing, Sales Practices and Products Liability Litigation | 13 | 13 |
| | Robin L. Rosenberg (U.S. District Judge) | MDL -2924 | IN RE: Zantac (Ranitidine) Products Liability Litigation | 2,427 | 15,018 |
| | Cecilia M. Altonaga (Chief Judge, USDC) | MDL -2989 | IN RE: January 2021 Short Squeeze Trading Litigation | 26 | 68 |
| | Raag Singhal (U.S. District Judge) | MDL -3015 | IN RE: Johnson & Johnson Sunscreen Marketing, Sales Practices and Products Liability Litigation | 0 | 16 |
| | K. Michael Moore (U.S. District Judge) | MDL -3076 | IN RE: FTX Cryptocurrency Exchange Collapse Litigation | 35 | 37 |
| | Rodolfo A. Ruiz, II (U.S. District Judge) | MDL -3090 | IN RE: Fortra File Transfer Software Data Security Breach Litigation | 52 | 52 |
| GAN | Richard W. Story (Sr. District Judge) | MDL -2782 | IN RE: Ethicon Physiomesh Flexible Composite Hernia Mesh Products Liability Litigation | 14 | 4,053 |
| | Leigh Martin May (U.S. District Judge) | MDL -2974 | IN RE: Paragard IUD Products Liability Litigation | 3,252 | 3,494 |
| | Eleanor L. Ross (U.S. District Judge) | MDL -3051 | IN RE: ARC Airbag Inflators Products Liability Litigation | 24 | 24 |
| | Thomas W. Thrash, Jr (Sr. District Judge) | MDL -3115 | IN RE: Consumer Vehicle Driving Data Tracking Litigation | 20 | 34 |
| IAS | Stephen H. Locher (U.S. District Judge) | MDL -3132 | IN RE: Midwest Energy Emissions Corp. Patent Litigation | 6 | 7 |
| ILN | Manish S. Shah (U.S. District Judge) | MDL -2492 | IN RE: National Collegiate Athletic Association Student-Athlete Concussion Injury Litigation | 586 | 600 |
| | Virginia M. Kendall (Chief Judge, USDC) | MDL -2867 | IN RE: Local TV Advertising Antitrust Litigation | 15 | 23 |
| | Elaine E. Bucklo (Sr. District Judge) | MDL -2931 | IN RE: Delta Dental Antitrust Litigation | 27 | 28 |
| | Rebecca R. Pallmeyer (U.S. District Judge) | MDL -2948 | IN RE: TikTok, Inc., Consumer Privacy Litigation | 6 | 39 |
| | Edmond E. Chang (U.S. District Judge) | MDL -2964 | IN RE: Society Insurance Company COVID-19 Business Interruption Protection Insurance Litigation | 56 | 57 |
| | Sharon Johnson Coleman (U.S. District Judge) | MDL -2967 | IN RE: Clearview AI, Inc., Consumer Privacy Litigation | 9 | 14 |
| | Rebecca R. Pallmeyer (U.S. District Judge) | MDL -3026 | IN RE: Abbott Laboratories, et al., Preterm Infant Nutrition Products Liability Litigation | 710 | 818 |
| | Iain D. Johnston (U.S. District Judge) | MDL -3030 | IN RE: Deere & Company Repair Services Antitrust Litigation | 14 | 16 |
| | Matthew F. Kennelly (Sr. District Judge) | MDL -3037 | IN RE: Recalled Abbott Infant Formula Products Liability Litigation | 112 | 141 |
| | Sara L. Ellis (U.S. District Judge) | MDL -3059 | IN RE: Beyond Meat, Inc., Protein Content Marketing and Sales Practices Litigation | 6 | 6 |
| | Mary M. Rowland (U.S. District Judge) | MDL -3060 | IN RE: Hair Relaxer Marketing, Sales Practices, and Products Liability Litigation | 10,168 | 12,586 |
| | Thomas M. Durkin (U.S. District Judge) | MDL -3079 | IN RE: Tepezza Marketing, Sales Practices, and Products Liability Litigation | 217 | 225 |
| | Matthew F. Kennelly (Sr. District Judge) | MDL -3121 | IN RE: MultiPlan Health Insurance Provider Litigation | 47 | 54 |
| ILS | Nancy J. Rosenstengel (Chief Judge, USDC) | MDL -3004 | IN RE: Paraquat Products Liability Litigation | 6,036 | 7,601 |
| INS | Richard L. Young (U.S. District Judge) | MDL -2570 | IN RE: Cook Medical, Inc., IVC Filters Marketing, Sales Practices and Products Liability Litigation | 6,978 | 11,442 |
| KS | John W. Lungstrum (Sr. District Judge) | MDL -2591 | IN RE: Syngenta AG MIR162 Corn Litigation | 0 | 2,437 |
| LAE | Eldon E. Fallon (Sr. District Judge) | MDL -2047 | IN RE: Chinese-Manufactured Drywall Products Liability Litigation | 27 | 422 |
| | Carl J. Barbier (U.S. District Judge) | MDL -2179 | IN RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | 5 | 6,155 |
| | Eldon E. Fallon (Sr. District Judge) | MDL -2592 | IN RE: Xarelto (Rivaroxaban) Products Liability Litigation | 392 | 31,965 |
| | Jane Triche Milazzo (U.S. District Judge) | MDL -2740 | IN RE: Taxotere (Docetaxel) Products Liability Litigation | 6,481 | 15,576 |
| | Jane Triche Milazzo (U.S. District Judge) | MDL -3023 | IN RE: Taxotere (Docetaxel) Eye Injury Products Liability Litigation | 343 | 388 |
| MA | Nathaniel M. Gorton (U.S. District Judge) | MDL -2566 | IN RE: TelexFree Securities Litigation | 3 | 15 |
| | Indira Talwani (U.S. District Judge) | MDL -2768 | IN RE: Stryker LFIT V40 Femoral Head Products Liability Litigation | 141 | 1,234 |
| | Denise J. Casper (U.S. District Judge) | MDL -2938 | IN RE: Evenflo Company, Inc., Marketing, Sales Practices and Products Liability Litigation | 28 | 28 |
| | Patti B. Saris (U.S. District Judge) | MDL -3029 | IN RE: Covidien Hernia Mesh Products Liability Litigation (No. II) | 1,863 | 1,869 |
| | Allison D. Burroughs (U.S. District Judge) | MDL -3083 | IN RE: MOVEit Customer Data Security Breach Litigation | 288 | 347 |
| MD | James K. Bredar (Chief Judge, USDC) | MDL -2775 | IN RE: Smith & Nephew Birmingham Hip Resurfacing (BHR) Hip Implant Products Liability Litigation | 1 | 1,089 |
| | John P. Bailey (U.S. District Judge) | MDL -2879 | IN RE: Marriott International, Inc., Customer Data Security Breach Litigation | 73 | 91 |
| MIE | Sean F. Cox (Chief Judge, USDC) | MDL -2311 | IN RE: Automotive Parts Antitrust Litigation | 17 | 382 |
| | Matthew F. Leitman (U.S. District Judge) | MDL -2818 | IN RE: General Motors Air Conditioning Marketing and Sales Practices Litigation | 15 | 15 |
| | Terrence G. Berg (U.S. District Judge) | MDL -3034 | IN RE: Neo Wireless, LLC, Patent Litigation | 7 | 9 |
| | David M. Lawson (Sr. District Judge) | MDL -3040 | IN RE: Chrysler Pacifica Fire Recall Products Liability Litigation | 11 | 13 |
| MN | Donovan W. Frank (Sr. District Judge) | MDL -2441 | IN RE: Stryker Rejuvenate and ABG II Hip Implant Products Liability Litigation | 53 | 3,637 |
| | Joan N. Ericksen (Sr. District Judge) | MDL -2666 | IN RE: Bair Hugger Forced Air Warming Devices Products Liability Litigation | 8,292 | 9,535 |
| | John R. Tunheim (Sr. District Judge) | MDL -2998 | IN RE: Pork Antitrust Litigation | 52 | 54 |
| | John R. Tunheim (Sr. District Judge) | MDL -3031 | IN RE: Cattle and Beef Antitrust Litigation | 35 | 36 |
| | Donovan W. Frank (Sr. District Judge) | MDL -3108 | IN RE: Change Healthcare, Inc., Customer Data Security Breach Litigation | 72 | 82 |
| | Jerry W. Blackwell (U.S. District Judge) | MDL -3110 | IN RE: Granulated Sugar Antitrust Litigation | 52 | 56 |

| | Judge | MDL | Case Name | | |
|---|---|---|---|---|---|
| | Katherine Marie Menendez (U.S. District Judge) | MDL -3128 | IN RE: Dividend Solar Finance, LLC, and Fifth Third Bank Sales and Lending Practices Litigation | 35 | 37 |
| MOE | Stephen N. Limbaugh, Jr (Sr. District Judge) | MDL -2820 | IN RE: Dicamba Herbicides Litigation | 31 | 55 |
| MOW | Beth Phillips (Chief Judge, USDC) | MDL -2984 | IN RE: Folgers Coffee Marketing and Sales Practices Litigation | 7 | 13 |
| | Brian C. Wimes (U.S. District Judge) | MDL -3073 | IN RE: T-Mobile 2022 Customer Data Security Breach Litigation | 18 | 18 |
| MT | Brian Morris (Chief Judge, USDC) | MDL -3126 | IN RE: Snowflake, Inc., Data Security Breach Litigation | 86 | 97 |
| NCM | Thomas D. Schroeder (Chief Judge, USDC) | MDL -3062 | IN RE: Crop Protection Products Loyalty Program Antitrust Litigation | 29 | 44 |
| NCW | Kenneth D. Bell (U.S. District Judge) | MDL -3036 | IN RE: Gardasil Products Liability Litigation | 219 | 243 |
| NH | Landya B. McCafferty (Chief Judge, USDC) | MDL -2753 | IN RE: Atrium Medical Corp. C-Qur Mesh Products Liability Litigation | 412 | 3,587 |
| NJ | Claire C. Cecchi (U.S. District Judge) | MDL -1663 | IN RE: Insurance Brokerage Antitrust Litigation | 2 | 52 |
| | Karen M. Williams (U.S. District Judge) | MDL -2243 | IN RE: Fosamax (Alendronate Sodium) Products Liability Litigation (No. II) | 950 | 1,288 |
| | Michael A. Shipp (U.S. District Judge) | MDL -2738 | IN RE: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation | 58,643 | 59,813 |
| | Claire C. Cecchi (U.S. District Judge) | MDL -2789 | IN RE: Proton-Pump Inhibitor Products Liability Litigation (No. II) | 11,728 | 18,706 |
| | Renee M. Bumb (Chief Judge, USDC) | MDL -2875 | IN RE: Valsartan, Losartan, and Irbesartan Products Liability Litigation | 1,322 | 1,493 |
| | Madeline C. Arleo (U.S. District Judge) | MDL -2904 | IN RE: American Medical Collection Agency, Inc., Customer Data Security Breach Litigation | 43 | 56 |
| | Brian R. Martinotti (U.S. District Judge) | MDL -2921 | IN RE: Allergan Biocell Textured Breast Implant Products Liability Litigation | 1,425 | 1,493 |
| | Brian R. Martinotti (U.S. District Judge) | MDL -2973 | IN RE: Elmiron (Pentosan Polysulfate Sodium) Products Liability Litigation | 1,028 | 1,986 |
| | Brian R. Martinotti (U.S. District Judge) | MDL -3080 | IN RE: Insulin Pricing Litigation | 417 | 469 |
| | Julien Xavier Neals (U.S. District Judge) | MDL -3113 | IN RE: Apple Inc. Smartphone Antitrust Litigation | 32 | 44 |
| | Zahid N. Quraishi (U.S. District Judge) | MDL -3134 | IN RE: AVYCAZ (Ceftazidime and Avibactam) Patent Litigation | 2 | 2 |
| | Christine P. O'Hearn (U.S. District Judge) | MDL -3138 | IN RE: Denosumab Patent Litigation | 4 | 4 |
| NM | James O. Browning (U.S. District Judge) | MDL -2695 | IN RE: Santa Fe Natural Tobacco Company Marketing and Sales Practices Litigation | 17 | 17 |
| | Matthew L. Garcia (U.S. District Judge) | MDL -3119 | IN RE: Shale Oil Antitrust Litigation | 24 | 24 |
| NYE | Margo K. Brodie (Chief Judge, USDC) | MDL -1720 | IN RE: Payment Card Interchange Fee and Merchant Discount Antitrust Litigation | 64 | 134 |
| | Nicholas G. Garaufis (Sr. District Judge) | MDL -3044 | IN RE: Exactech Polyethylene Orthopedic Products Liability Litigation | 1,842 | 1,851 |
| | Rachel P. Kovner (U.S. District Judge) | MDL -3096 | IN RE: Perry Johnson & Associates Medical Transcription Data Security Breach Litigation | 57 | 57 |
| NYS | Denise L. Cote (Sr. District Judge) | MDL -1358 | IN RE: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | 4 | 190 |
| | George B. Daniels (Sr. District Judge) | MDL -1570 | IN RE: Terrorist Attacks on September 11, 2001 | 366 | 376 |
| | Naomi Reice Buchwald (Sr. District Judge) | MDL -2262 | IN RE: Libor-Based Financial Instruments Antitrust Litigation | 44 | 81 |
| | Vernon S. Broderick (U.S. District Judge) | MDL -2542 | IN RE: Keurig Green Mountain Single-Serve Coffee Antitrust Litigation | 21 | 30 |
| | J. Paul Oetken (U.S. District Judge) | MDL -2704 | IN RE: Interest Rate Swaps Antitrust Litigation | 10 | 11 |
| | Jesse M. Furman (U.S. District Judge) | MDL -2859 | IN RE: Zimmer M/L Taper Hip Prosthesis or M/L Taper Hip Prosthesis with Kinectiv Technology and Versys Femoral Head Products Liability Litigation | 2 | 332 |
| | Lewis A. Kaplan (Sr. District Judge) | MDL -2865 | IN RE: Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Tax Refund Scheme Litigation | 145 | 187 |
| | P. Kevin Castel (Sr. District Judge) | MDL -3010 | IN RE: Google Digital Advertising Antitrust Litigation | 8 | 38 |
| | Paul A. Engelmayer (U.S. District Judge) | MDL -3028 | IN RE: ONE Apus Container Ship Incident on November 30, 2020 | 77 | 80 |
| | Denise L. Cote (Sr. District Judge) | MDL -3043 | IN RE: Acetaminophen - ASD/ADHD Products Liability Litigation | 2 | 664 |
| | Katherine Polk Failla (U.S. District Judge) | MDL -3050 | IN RE: Chantix (Varenicline) Marketing, Sales Practices and Products Liability Litigation (No. II) | 17 | 17 |
| | Lewis J. Liman (U.S. District Judge) | MDL -3097 | IN RE: Concrete and Cement Additives Antitrust Litigation | 17 | 17 |
| | Sidney H. Stein (Sr. District Judge) | MDL -3143 | IN RE: OpenAI, Inc., Copyright Infringement Litigation | 12 | 12 |
| NYW | Geoffrey W. Crawford (Chief Judge, USDC) | MDL -2903 | IN RE: Fisher-Price Rock 'n Play Sleeper Marketing, Sales Practices, and Products Liability Litigation | 16 | 16 |
| OHN | Jeffrey J. Helmick (U.S. District Judge) | MDL -2197 | IN RE: DePuy Orthopaedics, Inc., ASR Hip Implant Products Liability Litigation | 143 | 10,453 |
| | Dan A. Polster (Sr. District Judge) | MDL -2804 | IN RE: National Prescription Opiate Litigation | 2,985 | 3,182 |
| | J. Philip Calabrese (U.S. District Judge) | MDL -3092 | IN RE: Suboxone (Buprenorphine/Naloxone) Film Products Liability Litigation | 896 | 904 |
| | Donald C. Nugent (Sr. District Judge) | MDL -3093 | IN RE: Pipe Flashing Patent Litigation | 4 | 4 |
| | Sara Lioi (Chief Judge, USDC) | MDL -3107 | IN RE: Passenger Vehicle Replacement Tires Antitrust Litigation | 24 | 37 |
| OHS | Edmund A. Sargus, Jr (U.S. District Judge) | MDL -2846 | IN RE: Davol, Inc./C.R. Bard, Inc., Polypropylene Hernia Mesh Products Liability Litigation | 24,078 | 25,009 |
| OKN | Gregory K Frizzell (Chief Judge, USDC) | MDL -2700 | IN RE: Genentech, Inc., Herceptin (Trastuzumab) Marketing and Sales Practices Litigation | 14 | 15 |
| PAE | Cynthia M. Rufe (Sr. District Judge) | MDL -1871 | IN RE: Avandia Marketing, Sales Practices and Products Liability Litigation | 0 | 5,299 |
| | Anita B. Brody (Sr. District Judge) | MDL -2323 | IN RE: National Football League Players' Concussion Injury Litigation | 329 | 352 |

| | Judge | MDL | Title | Pending | Total |
|---|---|---|---|---:|---:|
| | Timothy J. Savage (Sr. District Judge) | MDL -2460 | IN RE: Niaspan Antitrust Litigation | 20 | 23 |
| | Cynthia M. Rufe (Sr. District Judge) | MDL -2724 | IN RE: Generic Pharmaceuticals Pricing Antitrust Litigation | 137 | 210 |
| | Nitza I. Quinones Alejandro (U.S. District Judge) | MDL -2833 | IN RE: FedLoan Student Loan Servicing Litigation | 9 | 10 |
| | Harvey Bartle, III (Sr. District Judge) | MDL -2848 | IN RE: Zostavax (Zoster Vaccine Live) Products Liability Litigation | 834 | 2,664 |
| | Karen S. Marston (U.S. District Judge) | MDL -3094 | IN RE: Glucagon-like Peptide-1 Receptor Agonists (GLP-1 RAs) Products Liability Litigation | 1,809 | 1,812 |
| PAM | Karoline Mehalchick (Magistrate Judge) | MDL -2816 | IN RE: Sorin 3T Heater-Cooler System Products Liability Litigation (No. II) | 2 | 105 |
| PAW | W. Scott Hardy (U.S. District Judge) | MDL -2862 | IN RE: Diisocyanates Antitrust Litigation | 12 | 12 |
| | Joy Flowers Conti (Sr. District Judge) | MDL -3014 | IN RE: Philips Recalled CPAP, Bi-Level PAP, and Mechanical Ventilator Products Liability Litigation | 828 | 1,002 |
| | Joy Flowers Conti (Sr. District Judge) | MDL -3021 | IN RE: SoClean, Inc., Marketing, Sales Practices and Products Liability Litigation | 41 | 62 |
| RI | Mary S. McElroy (U.S. District Judge) | MDL -3148 | IN RE: GoodRx and Pharmacy Benefit Manager Antitrust Litigation (No. II) | 24 | 24 |
| SC | Richard M. Gergel (U.S. District Judge) | MDL -2873 | IN RE: Aqueous Film-Forming Foams Products Liability Litigation | 9,342 | 13,280 |
| | Joseph F. Anderson, Jr (Sr. District Judge) | MDL -2972 | IN RE: Blackbaud, Inc., Customer Data Security Breach Litigation | 26 | 31 |
| TNM | Waverly D. Crenshaw, Jr (U.S. District Judge) | MDL -3071 | IN RE: RealPage, Inc., Rental Software Antitrust Litigation (No. II) | 13 | 47 |
| TNW | S. Thomas Anderson (U.S. District Judge) | MDL -3035 | IN RE: AME Church Employee Retirement Fund Litigation | 6 | 6 |
| | Sheryl H. Lipman (Chief Judge, USDC) | MDL -3127 | IN RE: Evolve Bank & Trust Customer Data Security Breach Litigation | 39 | 39 |
| TXN | David C. Godbey (Chief Judge, USDC) | MDL -2099 | IN RE: Stanford Entities Securities Litigation | 15 | 156 |
| | Ada E. Brown (U.S. District Judge) | MDL -3114 | IN RE: AT&T Inc. Customer Data Security Breach Litigation | 96 | 96 |
| VAE | Claude M. Hilton (Sr. District Judge) | MDL -3072 | IN RE: Air Crash Into the Java Sea on January 9, 2021 | 21 | 22 |
| | David J. Novak (U.S. District Judge) | MDL -3111 | IN RE: Capital One 360 Savings Account Interest Rate Litigation | 7 | 7 |
| WIE | Lynn S. Adelman (U.S. District Judge) | MDL -3078 | IN RE: Generac Solar Power Systems Marketing, Sales Practices and Products Liability Litigation | 9 | 9 |
| WVN | Thomas S. Kleeh (Chief Judge, USDC) | MDL -3103 | IN RE: Aflibercept Patent Litigation | 8 | 8 |
| **Report Totals:** | | 162 | | 182,011 | 705,450 |

Total Number of MDL Dockets: **162**
Total Number of Transferee Districts: **46**

Total Number of Transferee Judges: **139**
   21 Chief Judge, USDC
    1 Magistrate Judge
   39 Sr. District Judge
   78 U.S. District Judge

| -- All Counts Are Based on the Report Filters Selected When Running the Report -- | | | | |
|---|---|---|---|---|

| Docket Count | Range of the Number of Actions PENDING in a Docket | Percent of Dockets | Action Count | Percent of Actions |
|---:|---|---:|---:|---:|
| 36 | MDLs with between 0 and 10 Pending Actions | 22.22% | 169 | 0.09% |
| 74 | MDLs with between 11 and 100 Pending Actions | 45.68% | 2,412 | 1.33% |
| 30 | MDLs with 101 and 999 Pending Actions | 18.52% | 10,040 | 5.52% |
| 22 | MDLs with 1,000 or more Pending Actions | 13.58% | 169,390 | 93.07% |

| Docket Count | Range of the Number of TOTAL Actions in a Docket | Percent of Dockets | Action Count | Percent of Actions |
|---:|---|---:|---:|---:|
| 14 | MDLs with between 0 and 10 Actions | 8.64% | 94 | 0.01% |
| 78 | MDLs with between 11 and 100 Actions | 48.15% | 2,946 | 0.42% |
| 31 | MDLs with 101 and 999 Actions | 19.14% | 9,760 | 1.38% |
| 39 | MDLs with 1,000 or more Actions | 24.07% | 692,650 | 98.19% |